E-FILED
Wednesday, 28 September, 2005  10:58:20 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-30054 |
| ) | |
| STEVEN WARD, ) | |
| ) | |
| Defendant. ) | |

## OPINION

RICHARD MILLS, U.S. District Judge:

The Court has been advised that the Defendant intends to plead guilty.  This case is REFERRED to United States Magistrate Judge Byron G. Cudmore for a plea hearing.  The parties are directed to contact Judge Cudmore's chambers by October 4, 2005, to schedule a plea hearing.

IT IS SO ORDERED.

FOR THE COURT BY:                              s/Richard Mills
                                               United States District Judge